**ORDER:**
**Motion granted. The ICMC is continued to October 29, 2013 at 10:30 a.m.**

*E. Clifton Knowles*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| ANGELA S. WOLF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 3:13-cv-00858 |
| ) | |
| LINATEX CORPORATION ) | JUDGE CAMPBELL |
| OF AMERICA ) | MAGISTRATE JUDGE KNOWLES |
| ) | |
| Defendant. ) | JURY DEMAND |
| ) | |

## PLAINTIFF'S MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

Comes now the Plaintiff, by and through counsel, and moves this Court for an order resetting the Initial Case Management Conference from **Monday, October 21, 2013, at 10:00 a.m.** to a future date.

In support thereof, counsel for Plaintiff would state that he is scheduled for surgery on October 16, 2013, and will be out of the office recuperating for at least ten (10) days. Therefore, Plaintiff respectfully requests a reset of this Initial Case Management Conference on or after Monday, October 28, 2013.

Respectfully submitted,

ALLMAN & ASSOCIATES

/s/ Andy L. Allman
Andy L. Allman, BPR No. 17857
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
Telephone: (615) 824-3761
Facsimile: (615) 824-2720
andylallman@comcast.net